7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Virginia Edyth Creek
*Debtor*

**Patricia A. Brown**
   Plaintiff(s)

v.

**Tisha Creek**
   Defendant(s)

*Bankruptcy Case No.*
13–30749–can7

*Adversary Case No.*
14–03009–can

# JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: FURTHER, the Court has reviewed the complaint filed by the Plaintiff, Patricia Ann Brown, and finds in favor of the Plaintiff, Patricia Ann Brown.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Trustee sell the interest of the bankruptcy estate as well as the interest of Tisha A. Creek with respect to the real estate described as:
THE FOLLOWING DESCRIBED LOTS, TRACTS OR PARCELS
OF LAND LYING, BEING AND SITUATE IN THE COUNTY OF
VERNON AND STATE OF MISSOURI, TO WIT:

THE WEST HALF (W1/2) OF LOT ONE (1) OF THE NORTHEAST
QUARTER (NE1/4) OF SECTION TWO (2). TOWNSHIP THIRTY–FOUR (34), RANGE THIRTY (30).
IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Trustee sell the real estate as described above and from the proceeds the Defendant, Tisha Creek, shall receive one–half of the proceeds subject to the cost of sale, and other costs as allowed pursuant to 11 U.S.C. § 363.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
     Deputy Clerk



Date of issuance: 10/3/14

Court to serve